ACCEPTED
12-14-00321-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/7/2015 2:52:05 PM
CATHY LUSK
CLERK

IN THE COURT OF APPEALS
TWELFTH SUPREME JUDICIAL DISTRICT

| STATE OF TEXAS | § | |
| | § | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS<br>4/7/2015 2:52:05 PM |
| VS. | § | NO. 12-14-00321-CR CATHY S. LUSK |
| | § | Clerk |
| RUSSELL LEON WOOD | § | |

## APPELLANT'S MOTION TO DISMISS APPEAL

COMES NOW THE STATE OF TEXAS, by and through her Criminal District Attorney, and respectfully requests this Court to dismiss the appeal pursuant to rule 42.2 of the Texas Rules of Appellate Procedure.

Respectfully Requested,

Criminal District Attorney's Office
Van Zandt County, Texas
400 S. Buffalo
Canton, TX 75103
903-567-4104

By:     CHRIS MARTIN
Criminal District Attorney
Attorney for the State
State Bar No. 24050016

## CERTIFICATE OF SERVICE

I, CHRIS MARTIN, do hereby certify that a true and correct copy of the foregoing motion was served upon the Defendant's attorney of record on April 7, 2015.

CHRIS MARTIN

Appellant's Motion to Dismiss
SOT v. Russell Leon Wood
Trial court Case Number 2013-00396